IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01849-REB-MEH

EDWARD FRANCIS BENGE,

     Plaintiff,

v.

DR. RICHARD A. POUNDS, M.D., and
DR. JOHN R. DEQUARDO, M.D., CMHIP Superintendent,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 1, 2007.**

     Plaintiff's Demand for Judgment and Request for Relief [Filed October 31, 2007; Docket #20] is **granted in part** and **denied in part**. Plaintiff is attempting to add a request for monetary damages against the individual Defendants. To do so, Plaintiff must amend his Complaint to include a request for these damages. Because Defendants have not yet been served, the Court will allow Plaintiff to file a Second Amended Complaint containing both the allegations of this Amended Complaint and the requested monetary damages from his Demand for Judgment and Request for Relief. Plaintiff's Second Amended Complaint is to be filed on or before **November 15, 2007**.