IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01849-REB-MEH

EDWARD FRANCIS BENGE,

    Plaintiff,

v.

DR. RICHARD A. POUNDS, M.D., and
DR. JOHN R. DEQUARDO, M.D., CMHIP Superintendent,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 26, 2007.**

    Plaintiff's Motion for Order Directing Defendants to Produce Psychiatric Records [Filed December 21, 2007; Docket #44] is **denied without prejudice**. Discovery is governed by the Federal Rules of Civil Procedure, which require Plaintiff to first seek discovery directly from Defendants and confer with opposing counsel prior to seeking Court intervention.