IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01849-REB-MEH

EDWARD FRANCIS BENGE,

    Plaintiff,

v.

DR. RICHARD A. POUNDS, M.D., and
DR. JOHN R. DEQUARDO, M.D., CMHIP Superintendent,

    Defendants.

_____

**ORDER ON DEFENDANTS' MOTION TO STAY DISCOVERY**
_____

Before the Court is Defendants' Motion to Stay Discovery Pending Court's Ruling on Defendants' Motion to Dismiss [Docket #41]. The matter has been referred to this Court [Docket #41], and Plaintiff failed to timely respond to the motion. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants** the Motion to Stay Discovery.

**I.    Background**

Plaintiff filed this action against Defendants alleging that his constitutional rights were violated by Defendants' failure to follow the Bill of Rights for Mental Patients, 42 U.S.C. § 1841. Defendants filed a Motion to Dismiss on the grounds that the Patient's Bill of Rights does not provide a private cause of action. This Court recommended that the Motion to Dismiss be granted and that this action be dismissed. Based on this Recommendation, Defendants now seeks to avoid discovery in this case, until such time as the District Court determines whether this case will proceed.

**II.     Discussion**

The decision to issue a protective order and thereby stay discovery rests within the sound discretion of the trial court. *Wang v. Hsu*, 919 F.2d 130, 130 (10th Cir. 1990). Such protection is warranted, upon a showing of good cause, to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c). This protection includes the timing of discovery. A stay of all discovery is generally disfavored in this District. *Chavez v. Youn Am. Ins. Co.*, No. 06-2419, 2007 U.S. Dist. LEXIS 15054 (D. Colo. Mar. 2, 2007). Nevertheless, a stay may be appropriate if "resolution of a preliminary motion may dispose of the entire action." *Nankivil v. Lockheed Martin Corp.*, 216 F.R.D. 689, 692 (M.D. Fla. 2003). In particular, good cause may exist to stay discovery if a dispositive motion has been filed that could resolve the case and a stay does not unduly prejudice the opposing party. *E.g.*, *Simpson v. Specialty Retail Concepts, Inc.*, 121 F.R.D. 261, 263 (M.D.N.C. 1988) (balancing the harm caused by the stay with the burden and expense of discovery if the case is ultimately resolved in its entirety by a pending dispositive motion).

In the present case, Defendant's Motion to Dismiss, if granted, would resolve the case in its entirety, because Defendant argues that Plaintiff has filed suit for violations of a statute that creates no private right of action. While some courts at this stage briefly address whether the dispositive motion is "clearly meritorious and truly case dispositive," *Feldman v. Flood*, 176 F.R.D. 651, 653 (M.D. Fla. 1997), this Court has previously addressed the merits of this motion in detail in its Recommendation on Defendants' Motion to Dismiss. Dock. #37. This Court has thus concluded that Defendants' Motion is both meritorious and case dispositive. In this case, in which a Recommendation for dismissal is currently pending, a stay of discovery is appropriate.

2

In addition, Plaintiff will not be unduly prejudiced by this stay because it will not hinder his future ability to fully engage in discovery, in the event that the Motion to Dismiss is denied. *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Coors*, 357 F. Supp. 2d 1277, 1280 (D. Colo. 2004). Moreover, no discovery is necessary for the resolution of that motion.

**III.  Conclusion**

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendants' Motion to Stay Discovery [Filed December 19, 2007; Docket #41] is **granted**. All discovery is hereby stayed in this case pending the District Court's ruling on the Recommendation on Defendants' Motion to Dismiss.

Dated at Denver, Colorado, this 15th day of January, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge